# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

154520

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

JAMES E. PEASE,
      Plaintiff-Appellant,

v

MARY JANE PEASE,
      Defendant-Appellee.

SC: 154520
COA: 332282
Wayne CC: 97-731630-DO

_____/

On order of the Court, the application for leave to appeal the August 31, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



Clerk

p0619